OSCN Found Document:IN RE APPROVAL OF REVISED JUVENILE DEPRIVED UNIFORM ORDERS

Previous Case

Top Of Index

This Point in Index

Citationize

Next Case

Print Only

IN RE APPROVAL OF REVISED JUVENILE DEPRIVED UNIFORM ORDERS2024 OK 7Case Number: Decided: 02/12/2024THE SUPREME COURT OF THE STATE OF OKLAHOMA

Cite as: 2024 OK 7, __ P.3d __

In re: Approval of Revised Juvenile Deprived Uniform Orders
¶1 The Court has reviewed the recommendation of the Oklahoma Supreme Court Juvenile Justice Oversight and Advisory Committee and hereby adopts the attached revised juvenile deprived uniform orders effective May 1, 2024. The Court further directs that all judges with juvenile docket responsibilities use the attached forms beginning May 1, 2024.
DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE the 12th day of February, 2024.
/S/CHIEF JUSTICE
ALL JUSTICES CONCUR

 

Citationizer© Summary of Documents Citing This Document

Cite
Name
Level

None Found.

Citationizer: Table of Authority

Cite
Name
Level

None Found.

oscn

EMAIL: webmaster@oscn.net
Oklahoma Judicial Center
2100 N Lincoln Blvd.
Oklahoma City, OK 73105

courts

Supreme Court of Oklahoma
Court of Criminal Appeals
Court of Civil Appeals
District Courts

decisions

New Decisions
Supreme Court of Oklahoma
Court of Criminal Appeals
Court of Civil Appeals

programs

The Sovereignty Symposium

Alternative Dispute Resolution
Early Settlement Mediation
Children's Court Improvement Program (CIP)
Judicial Nominating Commission
Certified Courtroom Interpreters
Certified Shorthand Reporters
Accessibility ADA

Contact Us
Careers
Accessibility ADA